**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

Order Filed on April 18, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Eugene D. Roth - 4239**
**Valley Park East, Suite 307**
**2520 Highway 35**
**Manasquan, NJ 08736**
**732-292-9288**
**Attorney for Debtors.**

| IN THE MATTER OF: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
|---|---|
| Eduardo V. and Rosita M. Saavedra, | CASE NO.: 11-31415 (KCF) CHAPTER 13 |
| DEBTORS | Hearing Date: 4/26/2017 |

### ORDER APPROVING MORTGAGE MODIFICATION

The relief set forth on the following pages, numbered one (2)through (2) is hereby **ORDERED**.

**DATED: April 18, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**CAPTION OF ORDER:**
ORDER APPROVING MORTGAGE MODIFICATION

IN RE.: Eduardo V. and Rosita M. Saavedra
CASE NO.: 11-31415
DATE OF HEARING: 4/26/2017
JUDGE: HON. KATHRYN C. FERGUSON

It appearing that the Debtors having filed a Motion Seeking to Approve Mortgage Modification with Bank of America, N.A. and good and sufficient cause appearing, it is hereby

**ORDERED** that:

1. Debtors' request for authorization to modify existing mortgage with Bank of America, N. A., be and is hereby granted.
2. Within 30 days of entry of the loan modification order, mortgagee, Bank of America, N. A. shall amend its Proof of Claim designated on the Court Claims Register as Claim #16-1 to reflect the terms of the mortgage loan as modified.
3. Debtors are to file a Modified Plan within 30 days of the date of the Order.