**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

**Order Filed on April 18, 2017**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Eugene D. Roth - 4239
Valley Park East, Suite 307
2520 Highway 35
Manasquan, NJ 08736
732-292-9288
Attorney for Debtors.

_____

| IN THE MATTER OF: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
|---|---|
| Eduardo V. and Rosita M. Saavedra, | CASE NO.: 11-31415 (KCF) CHAPTER 13 |
| DEBTORS | Hearing Date: 4/26/2017 |

### ORDER APPROVING MORTGAGE MODIFICATION

The relief set forth on the following pages, numbered one (2) through (2) is hereby **ORDERED**.

**DATED: April 18, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**CAPTION OF ORDER:**
ORDER APPROVING MORTGAGE MODIFICATION

IN RE.: Eduardo V. and Rosita M. Saavedra
CASE NO.: 11-31415
DATE OF HEARING: 4/26/2017
JUDGE: HON. KATHRYN C. FERGUSON

    It appearing that the Debtors having filed a Motion Seeking to Approve Mortgage Modification with Bank of America, N.A. and good and sufficient cause appearing, it is hereby

**ORDERED** that:

1. Debtors' request for authorization to modify existing mortgage with Bank of America, N. A., be and is hereby granted.
2. Within 30 days of entry of the loan modification order, mortgagee, Bank of America, N. A. shall amend its Proof of Claim designated on the Court Claims Register as Claim #16-1 to reflect the terms of the mortgage loan as modified.
3. Debtors are to file a Modified Plan within 30 days of the date of the Order.

United States Bankruptcy Court
District of New Jersey

In re:                                                            Case No. 11-31415-KCF
Eduardo Vergel Saavedra                                           Chapter 13
Rosita Milan Saavedra
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Apr 18, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2017.
db/jdb       +Eduardo Vergel Saavedra,   Rosita Milan Saavedra,   22 Fountain View Dr E,
              Jackson, NJ 08527-4586

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Bank of America, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eugene D. Roth    on behalf of Debtor Eduardo Vergel Saavedra erothesq@gmail.com
              Eugene D. Roth    on behalf of Joint Debtor Rosita Milan Saavedra erothesq@gmail.com
              Jeanette F. Frankenberg    on behalf of Creditor    BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER
               TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP cmecf@sternlav.com
              Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC legerman@rasnj.com,
               gshasa@rasnj.com,bmusarra@rasnj.com,bkyecf@rasflaw.com
              Laura M. Egerman    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
               legerman@rasnj.com,    gshasa@rasnj.com,bmusarra@rasnj.com,bkyecf@rasflaw.com
              Patrick O. Lacsina    on behalf of Creditor    Nationstar Mortgage LLC gshasa@rasnj.com,
               bmusarra@rasnj.com,bkyecf@rasflaw.com,legerman@rasnj.com
              Patrick O. Lacsina    on behalf of Creditor    Seterus, Inc. as authorized Subservicer for Federal
               National Mortgage Association (Fannie Mae), Creditor c/o Seterus, Inc. gshasa@rasnj.com,
               bmusarra@rasnj.com,bkyecf@rasflaw.com,legerman@rasnj.com
                                                                                               TOTAL: 11