| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | Order Filed on May 24, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| **RAS Citron, LLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone No.: 973-575-0707<br>Attorneys for Secured Creditor<br>FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE")<br><br>Laura M. Egerman (LE-8250) | CASE NO.: 11-31415-KCF<br><br>CHAPTER 13<br><br>HEARING DATE: May 9, 2017<br><br>JUDGE: Kathryn C. Ferguson |
| **In Re:**<br><br>**Eduardo Vergel Saavedra,**<br><br>    Debtor,<br><br>**Rosita Milan Saavedra,**<br><br>    Joint Debtor. | |

### ORDER VACATING THE AUTOMATIC STAY

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: May 24, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

11-31415-KCF
16-028837
Order on Automatic Stay

Page 2

Debtors: **Eduardo Vergel Saavedra and Rosita Milan Saavedra**
Case No.: **11-31415-KCF**
Caption of Order: **Order Vacating Automatic Stay**

_____

Upon the motion of RAS Citron, LLC, attorneys for Secured Creditor, FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), under Bankruptcy Code § 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED as follows:

1. The automatic stay instituted by Bankruptcy Code § 362 is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the real property located at 5558 Rollins street, Las Vegas, NV 89118.

2. Secured Creditor may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

3. Attorneys' fees in the amount of $350.00 and costs in the amount of $181.00 are awarded for the prosecution of this Motion for Relief from Stay.

Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who entered an appearance on the motion.