| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | Order Filed on May 24, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey |
| RAS Citron, LLC<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone No.: 973-575-0707<br>Attorneys for Secured Creditor<br>FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE")<br><br>Laura M. Egerman (LE-8250) | CASE NO.: 11-31415-KCF<br><br>CHAPTER 13<br><br>HEARING DATE: May 9, 2017<br><br>JUDGE:  Kathryn C. Ferguson |
| In Re:<br><br>**Eduardo Vergel Saavedra,**<br><br>    Debtor,<br><br>**Rosita Milan Saavedra,**<br><br>    Joint Debtor. | |

### ORDER VACATING THE AUTOMATIC STAY

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: May 24, 2017**

*/s/ Kathryn C. Ferguson*
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page 2

Debtors: **Eduardo Vergel Saavedra and Rosita Milan Saavedra**
Case No.: **11-31415-KCF**
Caption of Order: **Order Vacating Automatic Stay**

___

Upon the motion of RAS Citron, LLC, attorneys for Secured Creditor, FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), under Bankruptcy Code § 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED as follows:

1. The automatic stay instituted by Bankruptcy Code § 362 is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the real property located at 5558 Rollins street, Las Vegas, NV 89118.

2. Secured Creditor may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

3. Attorneys' fees in the amount of $350.00 and costs in the amount of $181.00 are awarded for the prosecution of this Motion for Relief from Stay.

Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:
Eduardo Vergel Saavedra
Rosita Milan Saavedra
    Debtors

Case No. 11-31415-KCF
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 1        Date Rcvd: May 25, 2017
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2017.
db/jdb       +Eduardo Vergel Saavedra,   Rosita Milan Saavedra,   22 Fountain View Dr E,   Jackson, NJ 08527-4586

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2017 at the address(es) listed below:
        Albert  Russo   docs@russotrustee.com
        Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
        Albert  Russo (NA)   on behalf of Trustee Albert  Russo docs@russotrustee.com
        Denise E. Carlon   on behalf of Creditor   Bank of America, N.A. dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Eugene D. Roth   on behalf of Debtor Eduardo Vergel Saavedra erothesq@gmail.com
        Eugene D. Roth   on behalf of Joint Debtor Rosita Milan Saavedra erothesq@gmail.com
        Jeanette F. Frankenberg   on behalf of Creditor   BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER
         TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP cmecf@sternlav.com
        Laura M. Egerman   on behalf of Creditor   Nationstar Mortgage LLC legerman@rasnj.com,
         gshasa@rasnj.com,bmusarra@rasnj.com,bkyecf@rasflaw.com
        Laura M. Egerman   on behalf of Creditor   FEDERAL NATIONAL MORTGAGE ASSOCIATION
         legerman@rasnj.com,   gshasa@rasnj.com,bmusarra@rasnj.com,bkyecf@rasflaw.com
        Patrick O. Lacsina   on behalf of Creditor   Nationstar Mortgage LLC gshasa@rasnj.com,
         bmusarra@rasnj.com,bkyecf@rasflaw.com,legerman@rasnj.com
        Patrick O. Lacsina   on behalf of Creditor   Seterus, Inc. as authorized Subservicer for Federal
         National Mortgage Association (Fannie Mae), Creditor c/o Seterus, Inc. gshasa@rasnj.com,
         bmusarra@rasnj.com,bkyecf@rasflaw.com,legerman@rasnj.com
                                                                                                                                                        TOTAL: 11