Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 11−31415−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Eduardo Vergel Saavedra
22 Fountain View Dr E
Jackson, NJ 08527

Rosita Milan Saavedra
22 Fountain View Dr E
Jackson, NJ 08527

Social Security No.:
xxx−xx−5677                                     xxx−xx−6483

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: December 4, 2017                Kathryn C. Ferguson
                                       Judge, United States Bankruptcy Court